UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES YOUNG, JR.,

                  Plaintiff,

-v-

GREAT LAKES DREDGE & DOCK COMPANY, LLC,

                  Defendant.

22-CV-958 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made on or before June 16, 2022.

    The Clerk of Court is directed to close the motion at Docket Number 9. All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: May 11, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge